**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**JUANITA MINTON-CRUMITY and ROBERT L. ALEXANDER, SR.,**

**Plaintiffs,**

**v. Case No. 4:20cv69-MW/MJF**

**NANCY LOU TYSON and MICHELLE HODGES,**

**Defendants.**

_____________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED**

without prejudice. The pending motion, ECF No. 6, is **DENIED.**" The Clerk shall also close the file.

**SO ORDERED on July 9, 2020.**

**s/ MARK E. WALKER**
**Chief United States District Judge**